1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ALEX TABATABAEE, | Case No. 1:14-cv-01545-DLB PC |
| 12 Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR |
| 13 v. | FAILURE TO FOLLOW A COURT ORDER AND FAILURE TO PROSECUTE |
| 14 K. STANTORO, et al., | |
| 15 Defendants. | TWENTY-ONE DAY DEADLINE |

16

17      Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in

18 forma pauperis in this action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on October

19 4, 2014.

20      On March 11, 2015, the Court screened his complaint and dismissed it with leave to amend.

21 Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of

22 the order.

23      Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or

24 otherwise communicated with the Court.

25      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action

26 should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff must

27 file a response to this order within twenty-one (21) days of the date of service of the order.  Plaintiff

28 ///

may also comply with this order by filing an amended complaint pursuant to the March 11, 2015, order.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 24, 2015**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE