1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEX TABATABAEE,<br><br>   Plaintiff,<br><br>   v.<br><br>K. STANTORO, et al.,<br><br>   Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 8) |
|---|---|

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. On March 11, 2015, the Court screened his complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.

After the time for filing had passed, the Court issued an order to show cause on April 24, 2015. On May 1, 2015, Plaintiff filed his First Amended Complaint. According, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

   Dated:  **May 4, 2015**            /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

1