# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>             Plaintiff,<br><br>       v.<br><br>K. STANTORO, et al.,<br><br>             Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO RESCIND VOLUNTARY DISMISSAL<br><br>(Document 19) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.

On September 25, 2015, the Court screened the First Amended Complaint and ordered Plaintiff to return service documents. Plaintiff returned the documents on November 3, 2015.

On November 4, 2015, Plaintiff submitted a motion to rescind his request for voluntary dismissal. Plaintiff references a request for voluntary dismissal sent in early October. However, the Court did not receive any such request from Plaintiff and it has no effect on this action.

IT IS SO ORDERED.

   Dated:   **November 5, 2015**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

1