# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>        Plaintiff,<br><br>  v.<br><br>K. STANTORO, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO ATTACH VERIFICATION<br><br>(Document 23) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. On September 25, 2015, the Court screened the First Amended Complaint ("FAC") and ordered Plaintiff to return service documents. Plaintiff returned the documents on November 3, 2015, and they have been forwarded to the United States Marshal for service.

On November 16, 2015, Plaintiff filed a motion in which he asks that the Court attach a verification to his FAC. Plaintiff's motion is DISREGARDED. Plaintiff's First Amended Complaint is signed under penalty of perjury and an additional verification is unnecessary.

IT IS SO ORDERED.

Dated:   **November 18, 2015**                   /s/ *Dennis L. Beck*
                                                                         UNITED STATES MAGISTRATE JUDGE