# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>            Plaintiff,<br><br>   v.<br><br>K. STANTORO, et al.,<br><br>            Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO FORWARD NEW INFORMATION TO UNITED STATES MARSHAL<br><br>(Document 28) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.

On February 1, 2016, Plaintiff filed a motion requesting that the Court forward information to assist in locating certain Defendants to the United States Marshal. However, on January 21, 2016, Defendants filed a request to extend time to file a responsive pleading. According to the request, all Defendants have been successfully located and served.

Plaintiff's motion is therefore DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **February 3, 2016**          /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

1