# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>            Plaintiff,<br><br>    v.<br><br>K. STANTORO, et al.,<br><br>            Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER STRIKING PLAINTIFF'S OPPOSITION TO ANSWER<br><br>(Document 40) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.

On March 28, 2016, Plaintiff filed an "opposition" to Defendants' February 22, 2016, answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer. Accordingly, Plaintiff's opposition to Defendants' answer (Document 40) is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

    Dated:   **March 29, 2016**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

1