# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>        Plaintiff,<br><br>   v.<br><br>K. STANTORO, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01545-DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION SEEKING RULING<br><br>(Document 51) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983.

On June 3, 2016, Plaintiff filed a motion seeking an immediate ruling on his April 21, 2016, motion to amend. The Court granted the motion on May 25, 2016, however, and Plaintiff's motion is DISREGARDED.

IT IS SO ORDERED.

    Dated: __June 6, 2016__                      /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE