# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>K. SANTORO, et al.,<br><br>　　　　Defendants. | 1:14-cv-01545-LJO-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION AS MOOT**<br>**(ECF No. 72.)** |

　　　　Alex Tabatabaee ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2019, Plaintiff filed a motion to compel. (ECF No. 72.) Plaintiff's motion is moot because on June 27, 2017, this case was dismissed, judgment was entered, and the case was closed. (ECF Nos. 70, 71.)

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel, filed on February 28, 2019, is DENIED as moot.

IT IS SO ORDERED.

　　　Dated: __**March 5, 2019**__　　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1